## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREA GRIBBON,**<br>10550 Lake City Way NE<br>Apt. 202<br>Seattle, WA 98125<br><br>**CHERICE PRATER,**<br>5310 Ixora Street<br>Zephyrhills, FL 33541<br><br>**HELGA HERTLEIN,**<br>2829 S Hilltop Dr.<br>Peru, IN 46970<br><br>**DONALD CUSTER,**<br>6250 Waterfall Loop<br>Manitou Springs, CO 80829<br><br>**LYNN BOISROND,**<br>270 East 2nd Street, 1F<br>Brooklyn, NY 11218<br><br>and<br><br>**DENNIS TITKO,**<br>65400 E Woodmere St.<br>Mount Hood Village, OR 97067<br><br>on behalf of themselves and<br>all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>**ELON MUSK,**<br>1155 F Street NW<br>Washington, DC 20004 | Case No. <u>1:25-cv-00422</u><br><br>**NOTICE OF ERRATA** |

| | |
|---|---|
| **THE UNITED STATES** | **)** |
| **OFFICE OF PERSONNEL** | **)** |
| **MANAGEMENT,** | **)** |
| 1900 E Street, NW | ) |
| Washington, DC 20415 | ) |
| | ) |
| **THE DEPARTMENT** | ) |
| **OF THE TREASURY,** | ) |
| 1500 Pennsylvania Ave. NW | ) |
| Washington, DC 20500 | ) |
| | ) |
| and | ) |
| | ) |
| **SCOTT BESSENT,** | ) |
| in his official capacity as | ) |
| Secretary of the Treasury, | ) |
| 1500 Pennsylvania Ave. NW | ) |
| Washington, DC 20220 | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF ERRATA

Counsel for Plaintiffs has attached the corrected initiating pleading to include the name and residential address of each party pursuant to LCvR 5.1(c).

Respectfully submitted this 13th day of February, 2025.

> */s/ Gary E. Mason*
> Gary E. Mason (DC Bar No. 418073)
> Danielle L. Perry (DC Bar No. 1034960)
> Salena J. Chowdhury (DC Bar No. 90010584)
> **MASON LLP**
> 5335 Wisconsin Avenue NW
> Suite 640
> Washington, DC 20015
> Tel: (202) 429-2290
> Email: gmason@masonllp.com
> Email: dperry@masonllp.com
> Email: schowdhury@masonllp.com
>
> *Attorneys for Plaintiffs*

2