AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Andrea Gribbon, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00422 |
| Elon Musk, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Andrea Gribbon, Cherice Prater, Helga Hertlein, Donald Custer, Lynn Boisrond, and Dennis Titko   .

Date:    02/28/2025

/s/ Richard Condit
*Attorney's signature*

Richard Condit (Bar No. 417786)
*Printed name and bar number*

Mehri & Skalet, PLLC
2000 K St NW, Suite 325
Washington, DC 20006
*Address*

rcondit@findjustice.com
*E-mail address*

(202) 822-5100
*Telephone number*

(202) 822-4997
*FAX number*