IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Andrea Gribbon, et al.
                  *Plaintiff(s)*

                  *vs.*                  **Case No: 1:25-cv-00422-CRC**

Elon Musk, et al.
                  *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Errata; and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/20/2025 at 12:24 PM, I served Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia at U.S. Attorney's Office for D.C., 601 D Street, NW, Washington, DC 20530 with the Summons; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Errata; and Class Action Complaint by serving Aquilla Alexander, Paralegal Specialist, authorized to accept service.

Aquilla Alexander is described herein as:

Gender: Female    Ethnicity: Black    Age: 26    Weight: 140    Height: 5'5"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/20/2025

*Ambiko Wallace*

Client Ref Number: 2001-451
Job #:12740838

*Capitol Process Services, Inc.  |  7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770  |  (202) 667-0050*