IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Andrea Gribbon, et al.
    **Plaintiffs**

            vs.        Case No.: 1:25-cv-00422-CRC

Elon Musk, et al.
    **Defendants**

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Michael Ulrich, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Errata, Class Action Complaint

SERVE TO: The Department of the Treasury

SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to The Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 02/19/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9591 65. Service was delivered on 02/25/2025, per USPS.com - USPS Tracking Results attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/06/2025

*(signed) Michael Ulrich*

*Michael Ulrich*

*Client Ref Number: 2001-451*
*Job #:12741025*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

ALERT: SEVERE WEATHER IN THE MIDWEST & SOUTHWEST THROUGH THE MIDSOUTH, AND...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700332959165

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:05 am on February 25, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
February 25, 2025, 4:05 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20220
February 24, 2025, 11:32 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20220
February 24, 2025, 11:29 am

### Arrived at Post Office
WASHINGTON, DC 20018
February 24, 2025, 9:41 am

### USPS in possession of item
GREENBELT, MD 20770

Feedback

February 19, 2025, 4:57 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs