IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Andrea Gribbon, et al.
                     *Plaintiffs*

                                      *vs.*                         Case No.: 1:25-cv-00422-CRC

Elon Musk, et al.
                     *Defendants*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Michael Ulrich, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Errata, Class Action Complaint

SERVE TO: The United States Office of Personnel Management

SERVICE ADDRESS: 1900 E Street, NW, Washington, DC 20220

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to The United States Office of Personnel Management, 1900 E Street, NW, Washington, DC 20220 on 02/19/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9591 89. Service was delivered on 02/24/2025, per USPS.com - USPS Tracking Results attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/06/2025

*[signature: Michael Ulrich]*

*Michael Ulrich*

*Client Ref Number: 2001-451*
*Job #:12741141*

ALERT: SEVERE WEATHER IN THE MIDWEST & SOUTHWEST THROUGH THE MIDSOUTH, AND…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052700332959189**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:13 pm on February 24, 2025 in WASHINGTON, DC 20415.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20415
February 24, 2025, 12:13 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
February 24, 2025, 11:22 am

**USPS in possession of item**
GREENBELT, MD 20770
February 19, 2025, 4:59 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates         ⌄