UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRIBBON, et al.,<br><br>         *Plaintiff,*<br>v.<br><br>MUSK, et al.,<br><br>         *Defendants.* | Civil Action No. 25-cv-00422 |

## MOTION FOR ADMISSION PRO HAC VICE OF JOSHUA KARSH

I, Cyrus Mehri, am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2, I herein move for the admission of Joshua Karsh to appear *pro hac vice* in this case as counsel for plaintiffs Andrea Gribbon, Cherice Prater, Helga Hertlein, Donald Custer, Lynn Boisrond, and Dennis Titko.

In support of this motion is the declaration of Joshua Karsh, attached as Exhibit A, and a Certificate of Good Standing, attached as Exhibit B.

Respectfully submitted,

/s/ Cyrus Mehri
Cyrus Mehri (DC Bar No. 420970)
Mehri & Skalet, PLLC
2000 K St NW
Washington, DC 20006
Tel. (202) 822-5100
Fax. (202) 822-4997
cmehri@findjustice.com

*Counsel for Plaintiffs Gribbon, et al.*