UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRIBBON, et al.,<br><br>    *Plaintiff,*<br><br>v.<br><br>MUSK, et al.,<br><br>    *Defendants.* | Civil Action No. 25-cv-00422 |

## MOTION FOR ADMISSION PRO HAC VICE OF JANE KIM

  I, Cyrus Mehri, am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2, I herein move for the admission of Jane Kim to appear *pro hac vice* in this case as counsel for plaintiffs Andrea Gribbon, Cherice Prater, Helga Hertlein, Donald Custer, Lynn Boisrond, and Dennis Titko.

  In support of this motion is the declaration of Jane Kim, attached as Exhibit A, and a Certificate of Good Standing from the District of Columbia Bar, attached as Exhibit B.

                Respectfully submitted,

                /s/ Cyrus Mehri
                Cyrus Mehri (DC Bar No. 420970)
                Mehri & Skalet, PLLC
                2000 K St NW
                Washington, DC 20006
                Tel. (202) 822-5100
                Fax. (202) 822-4997
                cmehri@findjustice.com

                *Counsel for Plaintiffs Gribbon, et al.*