IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREA GRIBBON, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELON MUSK, *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:25-cv-00422-CRC |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Andrea Gribbon, Cherice Prater, Helga Hertlein, Donald Custer, Lynn Boisrond, and Dennis Titko ("Plaintiffs"), by and through their undersigned counsel of record, hereby voluntarily dismiss the above-captioned action in its entirety, without prejudice, prior to an answer being filed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 15, 2025                                  Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary E. Mason*
　　　　　　　　　　　　　　　　　　　　　　　　Gary E. Mason (DC Bar No. 418073)
　　　　　　　　　　　　　　　　　　　　　　　　Danielle L. Perry (DC Bar No. 1034960)
　　　　　　　　　　　　　　　　　　　　　　　　Salena J. Chowdhury (DC Bar No. 90010584)
　　　　　　　　　　　　　　　　　　　　　　　　**MASON LLP**
　　　　　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Avenue NW, Suite 640
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-2290
　　　　　　　　　　　　　　　　　　　　　　　　gmason@masonllp.com
　　　　　　　　　　　　　　　　　　　　　　　　dperry@masonllp.com
　　　　　　　　　　　　　　　　　　　　　　　　schowdhury@masonllp.com

　　　　　　　　　　　　　　　　　　　　　　　　Cyrus Mehri (DC Bar No. 420970)
　　　　　　　　　　　　　　　　　　　　　　　　Richard Condit (DC Bar No. 417786)
　　　　　　　　　　　　　　　　　　　　　　　　Joshua Karsh (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Jane Kim (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　**MEHRI & SKALET, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　2000 K St. NW, Suite 325

Washington, DC 20006  
Telephone: (202) 822-5100  
cmehri@findjustice.com  
rcondit@findjustice.com  
jkarsh@findjustice.com  
jkim@findjustice.com  

*Attorneys for Plaintiffs*